Clerk of Court,
    I've requested an updated Docket Sheet and a Judgement and Commitment order previously and still have not received them, I'm trying to work on my legal work and it's needed. Could you please send it to me at this time,

Case No: 23-20011-001

Thank-You,

Corey Simpson
44712-510
FCI Milan
PO Box 1000
Milan, MI 48160

**FILED**

AUG - 5 2024

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Corey Simpson
NAME
44712-510
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

Legal mail

METROPLEX MI 480

1 AUG 2024   PM 7  L



Clerk of Court
United States District Court
2 01 South Vine Street
Room 218
Urbana, IL
61801

61802-331799